## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**JUDY HIGHTOWER**                                                              **PLAINTIFF**

**V.**                              **1:06CV0062**

**SHERIFF KEITH BOWERS, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY
AS SHERIFF OF INDEPENDENCE COUNTY,
ARKANSAS; AND JIM STARZY, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS INDEPENDENCE
COUNTY JAIL ADMINISTRATOR**                              **DEFENDANT**

## **ORDER**

Pending are Defendants' motion to consolidate cases, docket # 9 and Plaintiff's motion to dismiss and response to motion for consolidation, docket # 11.  For good cause shown, Plaintiff's motion for voluntary dismissal is GRANTED.  Plaintiff's complaint is hereby dismissed without prejudice with each party to bear their own costs and attorneys fees.  Defendants' motion to consolidate cases is denied as moot.  The Clerk is directed to close the case.

IT IS SO ORDERED this 2nd day of November, 2007.

_____
James M. Moody
United States District Judge